Daron D. Tong (SBN 96220)
Michele Miller (SBN 213723)
McKAGUE & TONG, LLP
250 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone (415) 409-5222
Facsimile (415) 409-0467

Attorneys for Plaintiff
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BENNETT DEVELOPMENT, INC., a California corporation; DENNIS G. BENNETT, an individual and as Trustee of THE BENNETT FAMILY TRUST; CATHRYN C. BENNETT, an individual; FAHRENS CREEK ONE, LLC, a California limited liability company; FAHRENS CREEK TWO, LLC, a California limited liability company; and TULARE WINDMILL VENTURE, LLC, a California limited liability company, <br><br> Defendants. | Case No.: 2:09-CV-00174-WBS-GGH <br><br> ORDER CONTINUING STATUS CONFERENCE TO JUNE 15, 2009 <br><br> DATE: MAY 4, 2009 <br> TIME: 2:00 P.M. <br> COURTROOM: 5 |

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") submitted a Status Conference Statement to the Court Electronically on April 20, 2009 and requested a continuance of the currently scheduled status conference from May 4, 2009 to June 15, 2009. The stated purpose for Travelers' request for continuance is to provide Travelers' counsel with

1
[Proposed] Order Continuing Status Conference

1 | additional time to confer with Defendants to determine whether they will file responsive pleadings
2 | or Travelers will request entry of their defaults.
3 |
4 | Good cause having been demonstrated for a continuance of the status conference it is hereby
5 | ORDERED that the status conference scheduled for May 4, 2009 is continued to June 15, 2009 at
6 | 2:00 p.m. in Courtroom Number 5.
7 |     IT IS SO ORDERED.
8 | Dated: April 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE