**HENRY, LOGOLUSO & BLUM**
2444 Main Street, Suite 135
Fresno, California 93721
Telephone: (559) 497-0700
Fax: (559) 497-1700
hlb@attitude.com

Timothy V. Logoluso # 131158

Attorney for: Defendants, Bennett Development, Inc.; Dennis G. Bennett; Cathryn C. Bennett; Fahrens Creek One, LLC; Fahrens Creek Two, LLC; and Tulare Windmill Venture, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BENNETT DEVELOPMENT, INC., a California corporation; DENNIS G. BENNETT, an individual and as Trustee of THE BENNETT FAMILY TRUST; CATHRYN C. BENNETT, an individual; FAHRENS CREEK ONE, LLC, a California limited liability company; FAHRENS CREEK TWO, LLC, a California limited liability company; and TULARE WINDMILL VENTURE, LLC, a California limited liability company,<br><br>    Defendants. | Case No.: 2:09-CV-00174-WBS-GGH<br><br>**ORDER GRANTING REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT HEARING ON AUGUST 24, 2009**<br><br>**DATE:**     **AUGUST 24, 2009**<br>**TIME:**     **2:00 P.M.**<br>**COURTROOM:**     **5** |

Defendants, Bennett Development, Inc., Dennis G. Bennett, individually and as Trustee of The Bennett Family Trust, Cathryn C. Bennett, Fahrens Creek One, LLC, Fahrens Creek Two, LLC, and Tulare Windmill Venture, LLC (collectively, "Defendants") is permitted to appear telephonically at the Status Conference on August 24, 2009.

IT IS SO ORDERED.

DATED: August 11, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HENRY,
LOGOLUSO
& BLUM
2444 Main Street
Suite #135
Fresno, CA 93721
(559) 497-0700

2
ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY