Daron D. Tong (SBN 96220)
Michele Miller (SBN 213723)
McKAGUE & TONG, LLP
250 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone (415) 409-5222
Facsimile  (415) 409-0467

Attorneys for Plaintiff
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>BENNETT DEVELOPMENT, INC., a California corporation; DENNIS G. BENNETT, an individual and as Trustee of THE BENNETT FAMILY TRUST; CATHRYN C. BENNETT, an individual; FAHRENS CREEK ONE, LLC, a California limited liability company; FAHRENS CREEK TWO, LLC, a California limited liability company; and TULARE WINDMILL VENTURE, LLC, a California limited liability company,<br><br>　　　　　Defendants. | Case No.:  2:09-CV-00174-WBS-GGH<br><br>ORDER GRANTING REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT HEARING ON AUGUST 24, 2009<br><br>DATE:　　　　August 24, 2009<br>TIME:　　　　2:00 P.M.<br>COURTROOM:　5 |

1
Order Granting Request to Appear Telephonically

Counsel for Plaintiff Travelers Casualty and Surety Company of America ("Travelers") is permitted to appear telephonically at the Status Conference on August 24, 2009.

IT IS SO ORDERED.

DATED:  August 11, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
Order Granting Request to Appear Telephonically