Daron D. Tong (SBN 96220)
Michele Miller (SBN 213723)
McKAGUE & TONG, LLP
250 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone (415) 409-5222
Facsimile  (415) 409-0467

Attorneys for Plaintiff
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BENNETT DEVELOPMENT, INC., a California corporation et al. DENNIS G. BENNETT, an individual and as Trustee of THE BENNETT FAMILY TRUST; CATHRYN C. BENNETT, an individual; FAHRENS CREEK ONE, LLC, a California limited liability company; FAHRENS CREEK TWO, LLC, a California limited liability company; and TULARE WINDMILL VENTURE, LLC, a California limited liability company,<br><br>Defendants. | Case No.:  2:09-CV-00174-WBS-GGH<br><br>ORDER CONTINUING STATUS CONFERENCE TO **AUGUST 20, 2012 AT 2:00 P.M.** |

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") submitted a Notice of Extension of Deadline for Defendants to Make Payments Under Settlement and Request for Continuance of Status Conference on October 5, 2011.  The stated purpose for Travelers' request for continuance is to allow additional time for Defendants to make required payments under a stipulation for entry of judgment.

1
[Proposed] Order Continuing Status Conference

1    Good cause having been demonstrated for a continuance of the status conference it is hereby ORDERED that the status conference scheduled for October 17, 2011 is continued to **August 20, 2012 at 2:00 p.m.** in Courtroom Number 5.

    IT IS SO ORDERED.

DATED: October 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE