Daron D. Tong (SBN 96220)
Michele Miller (SBN 213723)
MILLER & TONG, LLP
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone (415) 409-5222
Facsimile (415) 409-0467

Attorneys for Plaintiff
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BENNETT DEVELOPMENT, INC., a California corporation; DENNIS G. BENNETT, an individual and as Trustee of THE BENNETT FAMILY TRUST; CATHRYN C. BENNETT, an individual; FAHRENS CREEK ONE, LLC, a California limited liability company; FAHRENS CREEK TWO, LLC, a California limited liability company; and TULARE WINDMILL VENTURE, LLC, a California limited liability company,<br><br>　　　　Defendants. | Case No.: 2:09-CV-00174-WBS-GGH<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Hearing Date: October 20, 2011<br>Judge: Hon. William B. Shubb |

Plaintiff and all Defendants had previously stipulated to entry of judgment, such stipulation in judgment not to be filed so long as periodic timely payments were made by Defendants.

Having received and negotiated all payments pursuant to such stipulation, Plaintiff specifically requests that the Court enter an order dismissing this action in its entirety, with prejudice, all parties to bear their own costs.

IT IS SO ORDERED.

Dated:  August 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE